O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE D. SOTO, | Case No. CV 21-1176 CAS (PVC) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| JOSHUA EPSTEIN, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, with the following modification:  the phrase "without prejudice" on page 7, line 6 of the Report is corrected to read "with prejudice."

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

/ / /

/ / /

/ / /

1          IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

2    Judgment herein on Plaintiff at his current address of record.

3          LET JUDGMENT BE ENTERED ACCORDINGLY.

4

5    DATED: May 12, 2022

6    _____

7    CHRISTINA A. SNYDER
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28